IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAMELA JOHNSON-MASSIE,
     Plaintiff,

vs.                         Case No. 3:05cv322/LAC/EMT

JO  ANNE  B.  BARNHART,
Commissioner of the
Social Security Administration,
     Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 28, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of objections filed.

    Having considered the report and recommendation, and any objections thereto, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  The decision of the Commissioner is **AFFIRMED**, this action is **DISMISSED**, and the clerk is directed to close the file.

    **DONE AND ORDERED** this 26th  day of September, 2006.


                      s/L.A. Collier
                      **LACEY A. COLLIER**
                      **SENIOR UNITED STATES DISTRICT JUDGE**